UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21089-CIV-ROSENBAUM/SELTZER

J.G.,

    Plaintiff,

v.

CARNIVAL CORPORATION, d/b/a
CARNIVAL CRUISE LINES, INC.,

    Defendant.
_____/

## ORDER REQUIRING PARTIES TO FILE DEPOSITIONS

This matter is before the Court upon an independent review of the record. The parties have timely filed their deposition designations [D.E. 148 & 149] as well as their cross designations and objections [D.E. 156-167]. However, while the parties' filings designate the page and line numbers of the depositions they intend to use or to whose use they object, the parties have not filed the actual deposition transcripts. Without the content of the depositions, it is impossible for the Court to consider the parties respective objections. Accordingly, the parties are ordered to file with the Court **no later than February 28, 2013**, the depositions they intend to rely upon at trial.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 26th day of February 2013.

                                    ROBIN S. ROSENBAUM
                                    UNITED STATES DISTRICT JUDGE

Copies to:

The Honorable Barry S. Seltzer
Counsel of record